# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

RICARDO HECHEVARRIA

    vs                            Case No. 3:09cv368-LAC/MD

BRUCE PEARSON

## ORDER

Petitioner's **§ 2241 HABEAS CORPUS PETITION (received 10/20/2009)** was referred to the undersigned with the following deficiencies:

> The document is not signed. *See* Fed. R. Civ. P. 11(a) (requiring that all pleadings be signed); N.D.Fla. Loc. R. 5.1(B)(5) (requiring that an original signature be affixed to all documents filed in paper form).

> The petition sets forth no claims or supporting facts; instead, it merely references a memorandum. *See* N.D. Fla. Loc. R. 5.1(J)(3) ("A petition . . . filed on a form must set forth specific claims and supporting facts [on the form itself] and may not make reference to a memorandum.").

For these reasons, IT IS ORDERED that:

XX    The submitted hard copy of the document shall be returned to you by the Clerk without electronic filing. It may be resubmitted after the above noted deficiencies are corrected.

XX    Petitioner is provided a twenty-day extension, until November 10, 2009, in which to comply with the court's September 17, 2009 order (doc. 4).

DONE and ORDERED this 21st day of October, 2009.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**