IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RICARDO HECHEVARRIA,
    Petitioner,

vs.         3:09cv368/LAC/MD

BRUCE PEARSON, WARDEN,
    Respondent.
_____

# O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on November 9, 2009, pursuant to 28 U.S.C. § 636(b)(1)(B), if any, the Recommendation is adopted as the opinion of the Court. No objections have been filed.

Accordingly, it is now ORDERED as follows:

1. The petitioner's amended petition for writ of habeas corpus filed under 28 U.S.C. § 2241 (doc. 7) is DISMISSED with prejudice as petitioner has not demonstrated entitlement to proceed under that section, and that treated as a § 2255 motion the petition is summarily dismissed as untimely.

DONE AND ORDERED this 14th day of December, 2009.

                                          *s/L.A. Collier*
                                          **LACEY A. COLLIER**
                                          **SENIOR UNITED STATES DISTRICT JUDGE**